# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § JUDGMENT IN A CRIMINAL CASE |
| | § (For Organizational Defendants) |
| v. | § |
| | § Case Number: **1:23-CR-20476-KMW(1)** |
| **TRAFIGURA BEHEER B.V.** | § |
| | § |
| | § Counsel for Defendant: **David A. O'Neil** |
| | § |
| | § Counsel for United States: **Eli Rubin** |

## THE DEFENDANT ORGANIZATION:

| | | |
|---|---|---|
| ☒ | pleaded guilty to Count 1 of the Information. | |
| ☐ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. | |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The defendant organization is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18 U.S.C. § 371 Conspiracy to Violate the Foreign Corrupt Practices Act. | 03/29/2024 | 1 |

The defendant organization is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant organization has been found not guilty on count(s)

☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States

    It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer I.D. No.: _____

Defendant Organization's Principal Business Address:

10 Collyer Quay, #29-01/05 Ocean Financial Centre,
Singapore 049315.

Defendant Organization's Mailing Address:
10 Collyer Quay, #29-01/05 Ocean Financial Centre,
Singapore 049315.

**March 28, 2024**
Date of Imposition of Judgment

_Signature of Judge_

**KATHLEEN M. WILLIAMS**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

4/4/24
Date

AO 245E (Rev. FLSD 2/20) Judgment in a Criminal Case for Organizational Defendants                    Judgment -- Page 2 of 3

DEFENDANT ORGANIZATION: TRAFIGURA BEHEER B.V.
CASE NUMBER: 1:23-CR-20476-KMW(1)

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the total criminal monetary penalties under the schedule of payments page.

|        | Assessment | Restitution | Fine          | Forfeiture      |
|--------|------------|-------------|---------------|-----------------|
| TOTALS | $400.00    | $.00        | $80,488,040.00 | $46,510,257.00 |

☐ The determination of restitution is deferred until          . An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐ The defendant organization must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant organization must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the schedule of payments page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution
    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

Findings for the total amount of losses are required under Chapters 109A, 110, 110A and 113A for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E (Rev. FLSD 2/20) Judgment in a Criminal Case for Organizational Defendants                                   Judgment -- Page 3 of 3

DEFENDANT ORGANIZATION: TRAFIGURA BEHEER B.V.
CASE NUMBER: 1:23-CR-20476-KMW(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant organization's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☒   **Lump sum payments of $400.00 due immediately.**

It is ordered that the Defendant organization shall pay to the United States a special assessment of $400.00, which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court. Payment is to be addressed to:

    **U.S. CLERK'S OFFICE**
    **ATTN: FINANCIAL SECTION**
    **400 NORTH MIAMI AVENUE, ROOM 8N09**
    **MIAMI, FLORIDA 33128-7716**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several
    See above for Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☒   **The defendant organization shall forfeit the defendant's interest in the following property to the United States:**
    **FORFEITURE of the defendant organization's right, title and interest in certain property is hereby ordered consistent with the plea agreement (DE 33) in the amount of $46,510,257.00.** *See* **Amended Preliminary Order of Forfeiture (DE 29).**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.