**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:23-cr-20476-KMW

**UNITED STATES OF AMERICA,**

**v.**

**TRAFIGURA BEHEER B.V.,**

**Defendant.**

_____________________________________________/

# JOINT STATUS REPORT

1. Pursuant to Paragraph 8(j) of the March 28, 2024 Plea Agreement (Dkt. No. 33), the United States of America (the "Government") and Defendant Trafigura Beheer B.V. ("Trafigura"), by and through their undersigned counsel, respectfully submit this Joint Status Report.

2. The Government and Trafigura confirm that Trafigura is in compliance with its obligations under Attachments C and D to the Plea Agreement.

Dated: March 5, 2026

Respectfully submitted,

LORINDA LARYEA
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: *Clayton Solomon*
Natalie R. Kanerva
Clayton P. Solomon
Trial Attorneys

JASON A. REDING QUIÑONES
United States Attorney
Southern District of Florida

By: *Eli Rubin*
Eli S. Rubin
Assistant United States Attorney
99 N.E. 4th Street, 7th Floor

Derek J. Ettinger
Assistant Chief
U.S. Department of Justice
1400 New York Ave. NW
Bond Building--4th Floor
Washington, DC 20005
Telephone: (202) 514-2000
Facsimile: (202) 514-3708

Miami, Florida 33132-2111
Telephone: (305) 961-9342
Facsimile: (305) 536-4089

By: *Kathleen Dackiewicz*____
Kathleen D. Dackiewicz
**McGuireWoods LLP**
Fla. Bar No. 1003294
50 North Laura Street, Suite 3300
Jacksonville, FL 32202-3661
Telephone: 904-798-3200
kdackiewicz@mcguirewoods.com
flservice@mcguirewwoods.com

Alex J. Brackett
*Pro Hac Vice Forthcoming*
Virginia Bar # 67981
abrackett@mcguirewoods.com
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-1000
(804) 775-1061 (fax)

*Attorneys for Defendant, Trafigura Beheer B.V.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on March 5, 2026.

*s/ Clayton P. Soloman*
Clayton P. Soloman